IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYANT W. PLITT,

    Petitioner,                    No. CIV S-07-0311 MCE GGH P

    vs.

UNKNOWN, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a letter concerning his efforts to submit an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his letter, petitioner challenges a conviction issued by the Fresno County Superior Court. Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This action is transferred to the United States District Court for the Eastern
3 | District of California sitting in Fresno; and
4 | 2. All future filings shall reference the new Fresno case number assigned and
5 | shall be filed at:

6 | United States District Court
    | Eastern District of California
7 | 2500 Tulare Street
    | Fresno, CA 93721

9 | DATED: 3/2/07                              /s/ Gregory G. Hollows

10 |                                            GREGORY G. HOLLOWS
    |                                            UNITED STATES MAGISTRATE JUDGE

GGH:bb
plit0311.109

2