UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT W. PLITT,<br><br>              Petitioner,<br><br>    v.<br><br>ON HABEAS CORPUS,<br><br>              Respondent. | 1:07-CV-00341 AWI SMS HC<br><br>FINDINGS AND RECOMMENDATION REGARDING PETITION FOR WRIT OF HABEAS CORPUS |

On February 15, 2007, Petitioner mailed a letter to the United States District Court for the Eastern District of California, Sacramento Division. The Sacramento Division opened a habeas corpus case based on this letter. On March 2, 2007, the action was transferred to the Fresno Division.

**DISCUSSION**

Rule 4 of the Rules Governing § 2254 Cases requires the Court to make a preliminary review of each petition for writ of habeas corpus. The Court must dismiss a petition "[i]f it plainly appears from the petition . . . that the petitioner is not entitled to relief." Rule 4 of the Rules Governing 2254 Cases; see also Hendricks v. Vasquez, 908 F.2d 490 (9th Cir.1990).

It appears this case was opened erroneously. Petitioner did not submit a petition; rather, he submitted a letter in which he alerts the federal court that he is currently seeking a petition for writ of habeas corpus in the Fresno County Superior Court. He states that he will not be able to meet the

time restraints pertaining to federal relief and further states he will be able to present evidence to support this contention when needed. Whether or not Petitioner files a federal petition in the future, it is apparent Petitioner is not attempting to seek federal relief at this time. This is borne out by his subsequent letter dated February 28, 2007, in which he requests an explanation as to how it came about that a case was opened on his behalf.

## RECOMMENDATION

Accordingly, the Court RECOMMENDS that the petition for writ of habeas corpus be DISMISSED WITHOUT PREJUDICE.[1]

This Findings and Recommendation is submitted to the Honorable Anthony W. Ishii, United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   April 2, 2007**                     /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE

---

[1] This dismissal will not bar Petitioner from filing a federal petition at a later date. However, Petitioner is advised that there is a one-year statute of limitations with respect to federal petitions for writ of habeas corpus. See 28 U.S.C. § 2244(d). The Court takes no position on the timeliness of any future petition. Should the issue be raised at that time, Petitioner will be given an opportunity to address the issue and present his evidence.